# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AZALEA COURT INVESTMENT GROUP BRENTWOOD LIMITED PARTNERSHIP NO. 2/AZALEA COURT TOWNHOMES,**

      **Plaintiff,**

      v.

**UNITED STATES,**

      **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Nos. 17-2049C; 17-20490C
Filed: September 12, 2019

## O R D E R

The court is in receipt of parties' September 10, 2019 joint stipulation to dismiss certain plaintiffs' claims in the case of Alabama Properties, Ltd., II, et al. v. United States, Case No. 17-2049C, including the above-captioned plaintiff. The claims associated with the above-captioned plaintiff, are, hereby, **SEVERED** from the case of Alabama Properties, Ltd., II, et al. v. United States, Case No. 17-2049C, and shall be reorganized, for case management purposes, into the above-captioned case, Azalea Court Investment Group Brentwood Limited Partnership No. 2/Azalea Court/Townhomes v. United States, and assigned Case No. 17-20490C. The court **DISMISSES**, with prejudice, the claims of Azalea Court Investment Group Brentwood Limited Partnership No. 2/Azalea Court/Townhomes. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). The entry of judgment by the Clerk's Office as to the above captioned plaintiff shall not affect this court's jurisdiction over the remaining plaintiffs in the case of Alabama Properties, Ltd., II, et al. v. United States, Case No. 17-2049C.

    **IT IS SO ORDERED**.

                                    s/Marian Blank Horn
                                    **MARIAN BLANK HORN**
                                           **Judge**